NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RADUL RADOVICH, SILVER MOUNTAIN PROMOTIONS, INC., ST. PETKA TRUST and R AND R HOLDINGS, | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 12-cv-6723 (DMC) (JAD) |
| YA GLOBAL INVESTMENTS, L.P., et. al. a Delaware limited partnership, f/k/a CORNELL CAPITAL PARTNERS, L.P., YORKVILLE ADVISORS, LLC, a Delaware limited liability company, YORKILLE ADVISORS GP, LLC, MARK ANGELO, DAVID GONZALEZ and CRAIG ENGLER, | |
| Defendant. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon Defendants' YA Global Investments, L.P, f/k/a Cornell Capital Partners L.P, Yorkville Advisors, LLC, Mark Angelo, David Gonzalez and Craig Engler Motion to Dismiss Plaintiff Radul Radovich, Silver Mountain Promotions, Inc., St. Petka Trust and R and R Holdings' Complaint (Dec. 28, 2012, ECF No. 10). Pursuant to FED. R. CIV. P 78, no oral argument was heard. Upon careful consideration of the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS on this ___5___ day of July, 2013:

ORDERED that Defendant's Motion to Dismiss is **granted.**

*[signature]*
Dennis M. Cavanaugh, U.S.D.J.

Original:  Clerk's Office
cc:  Hon. Joseph A. Dickson, U.S.M.J.
All Counsel of Record
File